UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-

ARNOLD KLEIN AND LEON KLEIN,

    Defendants.

- - - - - - - - - - - - - - - - - x

~~TO BE FILED UNDER SEAL~~

POST-INDICTMENT
RESTRAINING ORDER

19-cr-881

    Upon the application of GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, pursuant to Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853, and the Declaration of Assistant United States Attorney Shiva H. Logarajah, executed on December 11 2019, and all papers submitted in support thereof,

    **IT IS HEREBY ORDERED** that ARNOLD KLEIN AND LEON KLEIN, the defendants, and all attorneys, agents, and employees, and anyone acting on their behalf, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not take any action prohibited by this Order;

    **IT IS FURTHER ORDERED** that ARNOLD KLEIN AND LEON KLEIN, the defendant, and all attorneys, agents, and employees, and anyone

1

acting on their behalf, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of property or other interests belonging to, or owed to, or controlled in whole or in part by the defendants, which property or other interests are subject to forfeiture. The property and other interests hereby restrained are:

    a. Any and all bank accounts held under the name "Gemach Keren Hillel";

    b. Any and all funds withdrawn from, and/or traceable to, funds previously held in Bank of America Account 483051132421 under "Gemach Keren Hillel";

    c. Any and all funds withdrawn from, and/or traceable to, funds previously held in Capital One Account 752 86 00322 under "Gemach Keren Hillel."

**IT IS FURTHER ORDERED** that the United States Attorney's Office for the Southern District of New York, in its discretion, is authorized to direct the release of assets restrained herein;

Any person or entity claiming an interest in the assets listed in this Order may contact the following Assistant United States Attorney to clarify the scope of the Order: Assistant United States Attorney Shiva H. Logarajah, Telephone Number (914) 993-1918. Those persons or entities will not be deemed in violation of this Order for any transactions undertaken upon oral approval made by Assistant United States Shiva H. Logarajah.

**IT IS FURTHER ORDERED** that this Restraining Order shall be binding upon the defendants, their attorneys, agents, and employees, and all persons in active concert or participation with any of the above, or any other person having actual knowledge of this Order, and that this Order shall remain in effect until further order of this Court; and

**IT IS FURTHER ORDERED** that the affidavits submitted in support of this Restraining Order shall be filed under seal for a period of six months from the date of this order, at which time the United States may apply to the Court to maintain such sealing.

**IT IS FURTHER ORDERED** that service of a copy of this Order shall be made on the defendants' attorneys via the Court's ECF docketing system, and by regular mail.

Dated: White Plains, New York
       12/11, 2019

SO ORDERED:

_____
HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE