# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

---

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646



January 8, 2020

<u>Via ECF</u>
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:  *United States v. Arnold Klein*, 19-cr-881 (KMK)

Dear Judge Karas:

We write to respectfully request a modification of Arnold Klein's bail conditions to allow him to travel to Montreal, Canada from March 3 to March 8 for his granddaughter's wedding.

Mr. Klein was released on a $250,000 secured bond, co-signed by two FRPs. His travel is restricted to S.D.N.Y., E.D.N.Y., and D.N.J, and he was required to surrender his passport.

Mr. Klein's granddaughter is getting married Wednesday, March 4, in Montreal. Mr. Klein would like to travel to Montreal the day before the wedding, stay through the ensuing Shabbat, and return on Sunday the 8th.

Mr. Klein's pre-trial officer—as is his Office's policy on international travel—takes no position on this request. AUSA Shiva Logarajah has no objection to this request.

We therefore respectfully request that Your Honor (1) modify Mr. Klein's bail conditions to allow him to travel to Canada from March 3–8; and (2) order pre-trial services to return his passport to him on March 2. Mr. Klein will re-surrender his passport immediately upon his return on Monday, March 9.

Respectfully submitted,

/s/

Gedalia M. Stern

*Granted.*
*So Ordered.*
/s/ 1/8/20