# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

**MEMO ENDORSED**

March 9, 2020

**Via ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Arnold Klein, et al*, 19-cr-881

Dear Judge Karas:

We represent defendant Arnold Klein and write, with the consent of the United States Attorney's Office, to respectfully request an adjournment of this week's status conference until a date convenient to Your Honor in early May.

As Your Honor is aware, both defendants in this case are charged with money laundering and are out on bail. Over the last few months, the government has produced, on a rolling basis, substantial discovery that the defense is still reviewing. In order to provide additional time to continue that review, as well as due to the current issues surrounding the coronavirus, we respectfully request an adjournment of this Thursday's status conference until a date convenient to Your Honor in early May (other than the morning of May 7.)

Steve Yurowitz, counsel for co-defendant Leon Klein, joins in this letter motion.

Sincerely,

/s/

Gedalia Stern

*[Handwritten endorsement:] Granted. The next conference will be 5/7/20, at 11:30. No more extensions will be granted. Time is excluded until the next conference, in the interests of justice, to allow counsel time to review the discovery. See 18 U.S.C. § 3161(h)(7)(A). So Ordered. KMK 3/9/20*