# NECHELES & CASSIDY LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER: (212) 997-7646

MEMO ENDORSED

July 1, 2020

**Via ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Arnold Klein*, 19-cr-881

Dear Judge Karas:

We write to respectfully request, on behalf of our client Arnold Klein, an adjournment of this Thursday's status conference to a date, convenient to Your Honor, during the week of either August 10 or 17. The government graciously consents to this request.

We are in middle of discussions with the government about a possible resolution to this case and are waiting for some documents from a different federal agency. Due, in part, to the pandemic, that has taken longer than expected. We therefore respectfully request an adjournment of the July 9, status conference to allow us time to continue these plea discussions.

Co-defendant Leon Klein, through his counsel Steve Yurowitz, joins in this motion.

Respectfully submitted,

/s/

Gedalia Stern

cc: All counsel (via ECF)

*Granted. The Court will hold a conference on August 20, 2020, at 2:00 p.m. Time is excluded under the Speedy Trial Act, 18 USC 3161(h)(7)(A) until 8/20/2020.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.