# NECHELES CASSIDY LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

November 13, 2020

**Via ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Arnold Klein*, 19-cr-881

Dear Judge Karas:

We write, with the consent of the government, to respectfully request that next week's November 18th status conference be adjourned to a date convenient to Your Honor in mid-December.

The government and Arnold Klein are in middle of plea negotiations. We believe that the requested adjournment will allow ample time for those negotiations to be completed. If, and when, they are, we will reach out the Court to schedule a plea allocution for Arnold Klein.

Both AUSA Shiva Logarajah and Steve Yurowitz, Esq., counsel for co-defendant Leon Klein, consent to this request.

Granted. The conference is adjourned to 12/17/20 at 10: am. Time is excluded until then, in the interests of justice, to allow for the Parties to finish their conversations toward a disposition of this case. See 18 U.S.C. Section 3161(h)(7)(A).

Respectfully submitted,

/s/

Gedalia Stern

So Ordered.

cc: All counsel (via ECF)

11/17/20