


**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

December 16, 2020

**By ECF**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Arnold Klein*, 19-cr-881 (KMK)

Dear Judge Karas:

The parties respectfully write to update the Court on this matter. The Government and defendant Arnold Klein have reached a resolution in this matter. The parties will reach out to chambers to set a plea date. The parties respectfully request that defendant Arnold Klein and his counsel be excused from appearing at tomorrow's status conference in light of this development.

Granted.

12/16/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: Shiva H. Logarajah
Assistant United States Attorney
Tel: (914) 993-1918

cc:   All Counsel (by ECF)