## UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 1/21/2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

              Plaintiff          **SCHEDULING ORDER**

     -against-

                                         7:19-cr-00081-KMK

Arnold Klein
              Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Waiver of Indictment and Plea Hearing for 1/26/2021 at 10:00 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:   January 21, 2021
           White Plains, New York

                                                 SO ORDERED:

                                                 s/ PED
                                                 _____

                                                 PAUL E. DAVISON
                                                 United States Magistrate Judge