UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Arnold Klein

                Defendant(s).
----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:19-cr-00881-KMK-1

Defendant Arnold Klein hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☒   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☒   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

ARNOLD KLEIN
Print Defendant's Name

_____
Defendant's Counsel's Signature

Gedalia M Stein
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/26/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge

Scanned with CamScanner