# NECHELES CASSIDY LLP

ATTORNEYS AT LAW

535 5TH AVE, 4TH FLOOR
NEW YORK, N.Y. 10017
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

**MEMO ENDORSED**

January 29, 2021

Via ECF
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY, 10601

    Re: *United States v. Arnold Klein*, 19-cr-881

Dear Judge Karas:

    We write to respectfully request that Your Honor modify the terms of Mr. Klein's bail so as to allow him to travel to Miami from February 7 to February 14.

    Mr. Klein recently pleaded guilty, before the Hon. Paul E. Davidson (U.S.M.J.), to a Superseding Information charging him with a single count of running an unlicensed money transmittal business, in violation of 18 U.S.C. § 1960. He is scheduled to be sentenced on May 25.

    Mr. Klein would like to be able to travel to Florida for a short respite from the cold weather in New York. He is over 70 years old and the cold winter is hard on him. In addition, he has certain skin conditions which require exposure to the sun to fully heal.

    I have spoken to both Mr. Klein's pre-trial officer, and AUSA Shiva Logarajah, and neither objects to this request. If Your Honor grants this request, we will provide Mr. Klein's itinerary to his pre-trial officer.

Granted on the condition that the itinerary and contact information is provided to the Pre-Trial Services Office.

So Ordered.
*[signature]*
1/29/21

Respectfully submitted,

/s/

Gedalia M. Stern

cc: AUSA Shiva Logarajah (via ECF)