UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                         Plaintiff,                  **MEMORANDUM**

      -against-                                  7:19-cr-00881-KMK

Arnold Klein

                        Defendant.
-------------------------------------------------------------X

TO:  <u>Kenneth M. Karas, United States District Judge:</u>

      Please find attached a transcript of the 1/26/2021 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: March 31, 2021
       White Plains, New York

                                                    Respectfully Submitted,

                                                    s/ Paul E. Davison

                                                    _____

                                                    PAUL E. DAVISON
                                                    United States Magistrate Judge