# NECHELES LAW LLP

ATTORNEYS AT LAW

535 5TH AVENUE, 4TH FLOOR
NEW YORK, N.Y. 10017
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

**MEMO ENDORSED**

April 2, 2021

**Via ECF**
Hon. Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Arnold Klein*, 19-cr-881 (KMK)

Dear Judge Karas:

We write to respectfully request an extension of time, until April 23, to file our objections to Mr. Klein's draft PSR.

Mr. Klein's draft PSR was filed on March 19. Due to the Passover holiday, however, which both undersigned counsel and Mr. Klein observe, we have not been yet able to adequately review the draft PSR and draft our objections to it. We therefore respectfully request an extension of a few weeks, until April 23, to review and make any objections to the draft PSR.

I have spoken to the U.S. Attorney's Office and they have no objection to this request.

Granted.
So Ordered.
/s/ K. Karas
4/2/21

Respectfully submitted,

/s/

Gedalia M. Stern

cc: AUSA Shiva Logarajah (via ECF)
    PO Sandra Campbell (via email)