# NECHELESLAW LLP

ATTORNEYS AT LAW

535 5TH AVE
NEW YORK, N.Y. 10017
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

~~MEMO ENDORSED~~

May 26, 2021

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Arnold Klein*, 19-cr-881 (KMK)

Dear Judge Karas:

We write to respectfully request a short extension of time to file Arnold Klein's sentencing submission, from Tuesday, June 1, to Friday June 4.

Mr. Klein's sentencing is scheduled for June 15 and his sentencing submission is therefore currently due on June 1. Undersigned counsel has a sentencing submission in another case due this week and therefore seeks a few extra days next week to finalize Mr. Klein's submission. Given the lack of any substantial factual disputes between the Parties, we believe that this extension will not affect the date of Mr. Klein's sentencing. I therefore seek an extension until June 4 to file the defense submission, with the government's submission due a week later on June 11.

I have spoken to the U.S. Attorney's Office and they have no objection to this request.

Granted.

So Ordered.
/s/ K.M.K.
5/26/21

Respectfully submitted,
/s/
Gedalia M. Stern

cc: AUSA Shiva Logarajah (via ECF)