# NECHELESLAW LLP
ATTORNEYS AT LAW

**MEMO ENDORSED**

1120 6TH AVE., 4TH FLOOR
NEW YORK, N.Y. 10036
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

November 19, 2021

**Via ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, N.Y. 10601

Re: *United States v. Arnold Klein*, 19-cr-881 (KMK)

Dear Judge Karas:

We write to respectfully request an adjournment of Arnold Klein's report date to prison from November 24 to December 9.

Your Honor sentenced Mr. Klein to six month's incarceration for his unlicensed money transmittal conviction. He is currently due to report to prison on November 24. Mr. Klein, however, recently came down with a respiratory issue (possibly bronchitis) and he will be on the antibiotic Levaquin for another 9 days or so. Given Mr. Klein's age (71), we therefore seek a short adjournment to allow him to recover before he needs to report to prison. Moreover, the requested adjournment will mean that Mr. Klein will not need to report until after the completion of the Hanukkah holiday, which ends on December 6.

I have spoken to the assigned AUSA and he informs me he has no objection to this request.

Granted, but there will be no further extensions.

So Ordered.
[signature]
11/22/21

Respectfully submitted,
/s/
Gedalia M. Stern

Cc: AUSA Shiva Logarajah (via ECF)