**NechelesLaw, LLP**
1120 Avenue of the Americas
New York, NY 10036

MEMO ENDORSED

Gedalia Stern
gstern@necheleslaw.com
212-997-7400

October 31, 2022

<u>Via ECF</u>
Hon. Kenneth M. Karas
United States Distcrt Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Arnold Klein*, 19-cr-881

Dear Justice Karas:

We write to request a modification of the terms of Mr. Klein's supervised release to allow him to participate in the upcoming weddings and related celebrations of two of his grandchildren.

Mr. Klein was sentenced by Your Honor last year to six month's incarceration, to be followed by a two-year term of supervised release, with the special condition that he serve the first six months on home confinement. Mr. Klein has served his term of imprisonment, and is about two-thirds the way through his term of home incarceration.

Two of Mr. Klein's grandchildren (a granddaughter and grandson) are getting married in November. Both weddings and the related celebrations will take place in Brooklyn. In particular, Mr. Klein would like to be able to attend both weddings, as well as the traditional post-wedding Sabbath celebrations, called *Shabbos Sheva Brachos*. In addition, he would like to be able to attend the pre-wedding Sabbath celebration, called an *aufruf* or *bavarfin*, for his grandson (as the pre-wedding celebration is traditionally hosted by the groom's family).

We therefore request permission for Mr. Klein to travel to Brooklyn on the below dates, so as to be able to participate in all these family celebrations:

- November 13-14 for his granddaughter's wedding (Hasidic weddings start in the evening and continue into the early morning hours);
- November 18-20 for his granddaughter's post-wedding Sabbath celebration;
- November 25-27 for his grandson's pre-wedding Sabbath celebration;
- November 30-December 1 for his grandson's wedding; and
- December 2-4 for his grandson's post-wedding Sabbath celebration.

We have spoken to Mr. Klein's probation officer, who takes no position on this request, and the assigned AUSA, who has no objection to this request. If this request is granted, Mr.

NechelesLaw, LLP

Klein will provide his probation officer with the addresses he will be staying at and any other information his probation officer requests.

Respectfully submitted,

/s/

Gedalia M. Stern

Cc: Shiva Logarajah

Granted on the condition noted herein.

So Ordered.

11/1/22