# NechelesLaw, LLP

1120 Avenue of the Americas
New York, NY 10036



Gedalia M. Stern
gms@necheleslaw.com
212-997-7400

July 26, 2023

Via ECF
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

*United States v. Arnold Klein*, 19-cr-881

Dear Judge Karas:

We write to respectfully request permission for Arnold Klein to travel to Canada from August 3 to 13.

Mr. Klein was sentenced by Your Honor in 2021 to six months incarceration, to be followed by two-years of supervised release. He is now serving the second year of that term of supervised release.

Mr. Klein would like to travel to Montreal, Canada to visit his grandchildren who live there. Due to his case and bail restrictions, Mr. Klein has been unable to travel to visit them in Canada since 2020. We therefore respectfully request permission for Mr. Klein to travel to Canada from August 3-13.

I have spoken to both Mr. Klein's probation officer and the assigned AUSA and neither has any objection to this request. If Your Honor grants this request, Mr. Klein will provide his probation officer with his full itinerary.

Granted.

So Ordered.
/s/ [signature]
7/26/23

Respectfully,
/s/
Gedalia Stern

Cc: AUSA Shiva Logarajah (via ECF)