# Necheles Law, LLP

1120 Avenue of the Americas
New York, NY 10036

Gedalia Stern
gms@necheleslaw.com
212-997-7400

October 4, 2023

<u>Via ECF</u>
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Arnold Klein*, 19-cr-881

Dear Judge Karas:

We write to respectfully request permission for Arnold Klein to travel to Canada from October 19-22.

Mr. Klein was sentenced by Your Honor in 2021 to six months incarceration, to be followed by two-years of supervised release. He is now serving the second year of that term of supervised release.

Mr. Klein's grandson is getting married in a couple of weeks. The traditional pre-wedding Sabbath celebrations (called a *bavafrin*) will occur the weekend of October 19-22 in Montreal and Mr. Klein would like to be able to participate. We therefore respectfully request permission for Mr. Klein to travel to Canada from October 19-22.

I have spoken to both Mr. Klein's probation officer, who said she is fine with this request, and the assigned AUSA, who has no objection. If Your Honor grants this request, Mr. Klein will provide his probation officer with his full itinerary.

Granted.

So Ordered.
/s/ [signature]
10/4/23

Respectfully submitted,

/s/

Gedalia Stern

Cc: AUSA Shiva Logarajah (via ECF)